UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JORDAN,

                    Plaintiff,

          -against-

JOHN DOE; OFFICER ARRESTING;
OFFICER CAPTAIN ANDERSON,

                    Defendants.

25-CV-6857 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On November 17, 2025, the Court received a letter from Plaintiff, advising that he wishes to withdraw his complaint. (ECF 4). The Court grants Plaintiff's request to withdraw this action, and the complaint is dismissed under Rule 41(a) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff is directed to suspend any previously authorized monetary deduction from Plaintiff's prison trust account for this lawsuit.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    December 1, 2025
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge